IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **RUSLAN IVANOV** : | Case No. 1:26-cv-11 |
| : | |
| **Petitioner,** : | |
| : | Judge Susan J. Dlott |
| vs. : | |
| : | Magistrate Judge Chelsey M. Vascura |
| **KRISTI NOEM, Secretary of** : | |
| **the U.S. Department of** : | |
| **Homeland Security, et al.,** : | |
| : | |
| **Respondents.** | |

## ORDER

Petitioner, Ruslan Ivanov, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Ivanov from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition and its accompanying papers, along with a copy of this Order, by overnight mail and by email to the United States Attorney's Office for the Southern

---

[1] The Court's directive applies with equal force to any individual, group, or entity

District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

  **IT IS SO ORDERED.**

January 7, 2026            S/Susan J. Dlott
                     SUSAN J. DLOTT
                     United States District Judge

---

working in concert with or on behalf of Respondents.