## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **RUSLAN IVANOV,** | : | **Case No. 1:26-cv-00011** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **Judge Susan J. Dlott** |
| **vs.** | : | |
| | : | |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| **SECRETARY OF THE U.S.** | : | |
| **DEPARTMENT OF HOMELAND** | : | |
| **SECURITY, et al.,** | : | |
| | : | |
| **Respondent.** | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner Ruslan Ivanov, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **January 21, 2026**.

   **IT IS SO ORDERED.**

January 13, 2026

*Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge