## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

|  |  |  |
|---|---|---|
| **RUSLAN IVANOV,** | : | **Case No. 1:26-cv-11** |
|  | : |  |
| **Petitioner,** | : |  |
|  | : |  |
| **vs.** | : | **Judge Susan J. Dlott** |
|  | : |  |
|  | : |  |
| **KRISTI NOEM, Secretary, U.S.** | : | **Magistrate Judge Chelsey M. Vascura** |
| **Department of Homeland Security,** | : |  |
| **et al.,** | : |  |
|  | : |  |
| **Respondents.** | : |  |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 11). They have now done so. (Doc. 12). Based on that joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due:          February 4, 2026

- Ivanov's Reply Due:          February 18, 2026

**IT IS SO ORDERED.**


January 20, 2026                                  */s/Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        United States Magistrate Judge