**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **RUSLAN IVANOV** | : | **Case No. 1:26-cv-11** |
| | : | |
| **Petitioner,** | : | **Judge Susan J. Dlott** |
| | : | |
| **vs.** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **KRISTI NOEM, Secretary of** | : | |
| **the U.S. Department of** | : | |
| **Homeland Security, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

## MODIFIED ORDER

Petitioner Ruslan Ivanov, a citizen of Russia, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in this immigration case. (Doc. 1.) He challenges his detention while he awaits deportation to Russia pursuant to a administratively final removal order. On January 7, 2026, the Court issued an Order prohibiting Respondents from removing Ivanov from this District or allowing him to be removed without Court authorization. (Doc. 6.)

Respondents have now filed an Emergency Motion for Relief from the Court's January 7, 2026 Order. (Doc. 17.) They assert that the January 7, 2026 Order has to be vacated to enable them to take the next steps necessary to remove Ivanov to Russia. Respondents assert that the Russian Federation has completed its citizenship verification of Ivanov and now requires that Russian consulate officials

interview him in Newark, New Jersey.  (Doc. 17-1 at PageID 227.)  Respondents believe that Russia will issue a valid travel document to Ivanov after the conclusion of his in-person interview.  Respondents seek to remove Ivanov to Russia on the next available charter plane, which is currently scheduled for Saturday, April 25, 2026.  (*Id.*)

To enable Respondents to complete the next step necessary to facilitate Ivanov's removal to Russia, the Court **MODIFIES** its January 7, 2026 Order as follows:

> Respondents have leave to transfer Ivanov from this District to facilitate his interview with Russian consulate officials in Newark, New Jersey as soon as practicable.  Respondents shall file written notice with the Court when the interview has been completed. Respondents shall inform the Court at that time if Russia has issued travel documents for Ivanov or when Russia is expected to issue the travel documents.

**IT IS SO ORDERED.**

April 16, 2026                    S/Susan J. Dlott
                                  SUSAN J. DLOTT
                                  United States District Judge

2